MACK & GIL, LLC
Anthony C. Mack, Esq.
60 Park Place, Suite 1104
Newark, NJ 07102
(973) 624-7800
Attorney for Defendant, Erik Morla

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ERIK MORLA,<br>　　　　Defendant, | Crim No.: 10cr00806(DRD)<br><br>Criminal Action<br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Anthony C. Mack, Esq., attorney for Defendant, Erik Morla, and with the consent of Assistant United States Attorney, Eric Moran and Jennifer Pace, Pre-Trial Officer seeking an order to change the defendant's conditions of bail as follows:

**IT IS** on this ___3rd___ day of ___December___, 2010.

**ORDERED** that the defendant will be able to leave his residence in order to seek gainful employment and/or work or to participate in other activities approved by the Pre-Trial Services until such time that any party makes an application to change said bail conditions as ordered by the Court.

**ORDERED** that all remaining conditions of bail remain the same.

_____
Hon. Dickinson R. Debevoise, SUSDJ