MACK & GIL, LLC
Anthony C. Mack, Esq.
60 Park Place, Suite 1104
Newark, NJ 07102
(973) 624-7800
Attorney for Defendant, Erik Morla

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ERIK MORLA,<br>    Defendant, | Crim. No.: 10 cr 00806 (DRD)<br><br>Criminal Action<br>**CONSENT ORDER** |

**THIS MATTER** having been opened to the Court by Anthony C. Mack, Esq., attorney for Defendant, Erik Morla, and with the consent of Assistant United States Attorney, Eric Moran and Jennifer Pace, Pre-Trial Officer seeking an order to change the defendant's conditions of bail as follows:

**IT IS** on this 28th day of January, 2011.

**ORDERED** that the defendant, Erik Morla, be released from electronic monitoring supervision while on pre-trial release until such time that any party makes an application to change said bail conditions as ordered by the Court.

**ORDERED** that all remaining conditions of bail remain the same.

_____
Hon. Dickinson R. Debevoise, SUSDJ